# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT MOSES WALDEN** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | **NO. 18-3818** |
| **NANCY A. BERRYHILL,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this __22nd__ day of April, 2019, upon consideration of Plaintiff's request for review and Defendant's response, IT IS ORDERED that:

1. Plaintiff's Request for Review is DENIED; and

2. Judgment is entered in favor of the Defendant.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE